COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Dr. Michael (Mikhail) Tyurin v. Capitol One, N.A.

Appellate case number:    01-16-00810-CV

Trial court case number:   2016-45823

Trial court:                        234th District Court of Harris County

Capitol One, N.A., David A Walton, Hirsch & Westheimer, PC, Michael D. Conner, Jessica Levy, and Stephen D. Selinidis (collectively "Appellees") have filed a "Joint Motion to Consolidate Three Appeals and/or for Uniform Briefing Schedule." In their joint motion, Appellees ask the Court to consolidate the appeals in Nos. 01-16-00810-CV, 01-17-00013-CV, and 01-17-00014-CV, and set a uniform briefing schedule for Appellees' briefs in the three appeals. Appellant Dr. Michael (Mikhail) Tyurin has filed an objection to the motion.

The Clerk of this Court has docketed (1) the appeal from trial court cause number 2016-45823 in No. 01-16-00810-CV, *Dr. Michael (Mikhail) Tyurin v. Capitol One, N.A.*; (2) the appeal from trial court cause number 2016-45823-A in No. 01-17-00014-CV, *Dr. Michael (Mikhail) Tyurin v. Hirsch & Westheimer, P.C., Michael D. Connor, and Jessica Levy*, and (3) the appeal from cause number 2016-45823-B in No. 01-17-00013-CV, *Dr. Michael (Mikhail) Tyurin v. Stephen D. Selinidis*. *See generally* TEX. R. APP. P. 12.1, 12.2. Accordingly, we **deny** Appellees' motion to consolidate the three appeals. *Cf. In re J.A.M.V.*, No. 01-13-00891-CV, 2014 WL 60607, at *1 (Tex. App.—Houston [1st Dist.] Jan. 7, 2014, no pet.) (mem. op.) (consolidating appeals of order and judgment in same trial court cause number).

On January 24, 2017, we issued an order in each appeal striking Tyurin's appellant's briefs and directing him to file, in each appeal, a brief that complied with the Texas Rules of Appellate Procedure. Appellees' briefs, therefore, are not yet due. *See* TEX. R. APP. P. 38.6(b). We **deny** Appellees' joint motion to set a uniform briefing schedule.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

☒ Acting individually    ☐ Acting for the Court

Date:  February 2, 2017